# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00518-CV

### In re B. Q. and A. Q.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We also lift the stay of the trial court's October 8, 2021 letter ruling.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Filed: January 5, 2022